# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROSAS,<br><br>            Plaintiff,<br><br>    v.<br><br>BITER, et al.,<br><br>            Defendants. | Case No. 1:11-cv-01213-LJO-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(Doc. 27) |

Plaintiff Richard Rosas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 22, 2011. This action is proceeding against Defendant Dileo for denial of adequate medical care, in violation of the Eighth Amendment of the United States Constitution. On December 15, 2014, Defendant Dileo filed a motion for summary judgment. Fed. R. Civ. P. 56. To date, Plaintiff has not filed a response.

Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant Dileo's motion within **twenty-one (21) days**. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **January 26, 2015**                    /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE